UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:24-cr-00172 |
| DAVID MOSLEY, | ) ) ) |
| Defendant. | ) |

## ORDER

Pursuant to the Joint Status Report (Doc. No. 23), the status conference set for March 24, 2025, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE